UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION DIVISION

IN RE:                                                              CASE NO. 1:14-bk-10693-MT
                                                                    CHAPTER 13
Jane Onssy Anis Shaw

                                                                    JUDGE MAUREEN TIGHE

        DEBTOR                                                      **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Elizabeth F. Rojas files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** Wells Fargo Bank, N.A.

---

**Final Cure Amount**

| Trustee Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 1 | 4481 | $0.00 | $46,982.99 | $46,982.99 |
| Total Amount Paid by Trustee | | | | $46,982.99 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

_____ Through the Chapter 13 Conduit            **X** Direct by the Debtor

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 1:14-bk-10693-MT

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 16th day of May, 2019.

Jane Onssy Anis Shaw, 1926 Seasons Street, Simi Valley, CA  93065

ELECTRONIC SERIVCE - Simon Resnik Hayes Trust Account, Simon Resnik Hayes, 21241 Ventura Blvd., #253, Woodland Hills, CA  91364

Wells Fargo Bank, N.A., Attention: Payment Processing / MAC #X2302-04C, 1 Home Campus, Des Moines, IA  50328

ELECTRONIC SERVICE - United States Trustee

| | |
|---|---|
| Date:  May 16, 2019 | /s/ Elizabeth F. Rojas |
| | Elizabeth F. Rojas |
| | Chapter 13 Trustee |
| | 15260 Ventura Blvd. |
| | Suite 710 |
| | Sherman Oaks, CA  91403 |